IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01549-RBJ-MJW

NANCY RIVERA,

Plaintiff,

v.

NATIONAL CREDIT ADJUSTORS, L.L.C., a Kansas limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff's Motion for the Court to Order the Defendant's Fed. R. Civ. P. 30(b)(6) Designated Representative(s) to Appear for Their Deposition(s) in Denver, Colorado on December 11, 2014 (docket no. 26) is DENIED WITHOUT PREJUDICE.

      It is FURTHER ORDERED that the parties shall immediately meet and confer concerning the Rule 30(b)(6) deposition(s) that Plaintiff is attempting to set. The parties shall file with this court by December 9, 2014, the name(s) of the Rule 30(b)(6) deponent(s) and the specific date(s) for the Rule 30(b)(6) deposition(s) or show cause why counsel for the parties should not be held in contempt of court.

Date: December 2, 2014