IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01549-RBJ-MJW

NANCY RIVERA,

Plaintiff,

v.

NATIONAL CREDIT ADJUSTORS, L.L.C., a Kansas limited liability company,

Defendant.

---

## ORDER ON
## PLAINTIFF'S RENEWED MOTION FOR THE COURT TO ORDER THE DEFENDANT'S FED.R.CIV.P. 30(b)(6) DESIGNATED REPRESENTATIVE(S) TO APPEAR FOR THE DEPOSITION(S) IN DENVER, COLORADO ON DECEMBER 11, 2014
## (Docket No. 29)

### and

## ORDER TO SHOW CAUSE

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

On December 1, 2014, Plaintiff moved to compel Defendant's Rule 30(b)(6) deposition(s).  (Docket No. 26.)  As grounds for the motion, Plaintiff alleged that repeated efforts to schedule the deposition(s) had failed to produce results.  Plaintiff further alleged that Defendant has a pattern of stalling its Rule 30(b)(6) depositions and that, in at least three other cases with Defendant and Plaintiff's counsel, Defendant has stalled the depositions until faced with a court order.

District Judge R. Brooke Jackson referred the motion to the undersigned. (Docket No. 27.)  On December 2, 2014, I denied the motion without prejudice, ordered

the parties to immediately meet and confer regarding the Rule 30(b)(6) deposition, and ordered them to file notice of the scheduled deposition(s) and deponent(s) or else show cause why counsel for the parties should not be held in contempt of court. (Docket No. 28.) The Court's CM/ECF system confirms that the order was electronically delivered to Defendant's counsel at sdunnfirm@aol.com. There is no notice in the system that the e-mail notice was returned as undeliverable.

On December 9, 2014, no notice of deposition(s) and deponent(s) was filed. Rather, Plaintiff renewed its motion to compel the Rule 30(b)(6) deposition(s). (Docket No. 29.) Judge Jackson referred the motion to me. (Docket No. 30.) Plaintiff's counsel alleges that he forwarded the Court's December 2nd Order to Defendant's counsel three separate times, and attempted to meet and confer pursuant to that order four separate times, all to no avail. (Docket No. 29 ¶ 10.)

Plaintiff notes that the same Defendant is already subject to an order from U.S. Magistrate Judge Kathleen M. Tafoya to appear for Rule 30(b)(6) depositions on December 11, 2014, in Haley v. National Credit Adjustors, LLC, Case No. 14-cv-02108-WYD-KMT. The Court further notes that an identical motion is currently pending (and is resolved contemporaneously herewith) in Perryman v. National Credit Adjustors, LLC, Case No. 14-cv-02371-WYD-MJW. Plaintiff's counsel suggests that the Rule 30(b)(6) depositions for all three cases can be taken on that day, to minimize cost.

The Court notes that no motions for a protective order nor other filings regarding these Rule 30(b)(6) depositions have been filed by Defendant.

**WHEREFORE**, based on the foregoing, it is hereby **ORDERED** that:

- On **DECEMBER 18, 2014, AT 1:45 P.M.** in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, a **SHOW CAUSE HEARING WILL BE HELD** during which counsel for Defendant shall show cause why he should not be held in contempt of court or face other sanctions for his failure to comply with the Court's December 2, 2014, Order;

- Plaintiff's Renewed Motion for the Court to Order the Defendant's Fed.R.Civ.P. 30(b)(6) Designated Representative(s) to Appear for the Deposition(s) in Denver, Colorado on December 11, 2014 (Docket No. 29) is **GRANTED**;

- Defendant's Fed.R.Civ.P. 30(b)(6) Designated Representative(s) shall appear for their depositions both individually and as corporate representatives of the Defendant pursuant to Fed.R.Civ.P. 30(b)(6) starting at 9:00 a.m. Mountain Time on December 11, 2014, in Denver, Colorado at Hunter & Geist Court, Inc. Court Reporting, 1900 Grant Street, Suite 1025, Denver, Colorado 80203; and

- Defendant shall bear all fees, costs, and expenses associated with the deposition(s).

Dated: December 10, 2014          */s/ Michael J. Watanabe*
Denver, Colorado                  Michael J. Watanabe
                                  United States Magistrate Judge