IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01549-RBJ-MJW

NANCY RIVERA,

Plaintiff,

v.

NATIONAL CREDIT ADJUSTORS, L.L.C., a Kansas limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the Parties' Stipulated Motion to Continue the Depositions of Defendant's Witness(es) Including Its Fed.R.Civ.P. 30(b)(6) Designee(s) from December 11, 2014 to December 18, 2014 and to Extend the Discovery Cutoff Date up to and Including December 18, 2014 for the Limited Purpose of the Plaintiff Completing the Depositions of Defendant's Witness(es) (**Docket No. 32**) is **GRANTED**. It is further **ORDERED** that:

- The depositions of Defendant's witness(es), including its Rule 30(b)(5) designee(s), shall take place on December 18, 2014, at 9:00 a.m., at Hunter & Geist Court, Inc. Court Reporting, 1900 Grant Street, Suite 1025, Denver, Colorado, 80203;

- The Scheduling Order (Docket No. 24) is **AMENDED** to extend the discovery cut-off until December 18, 2014, for the sole purpose of completing the deposition(s) of Defendant's witness(es); and

- The Order to Show Cause (Docket No. 31) and the Show Cause Hearing set for December 18, 2014, at 1:45 p.m. are both **VACATED**.

The Court admonishes the parties that any further failures to comply with an Order of the Court will result in sanctions, up to and including an order to show cause as to why counsel should not be held in contempt of court.

Date: December 10, 2014